AO 91 (Rev. 11/11) Criminal Complaint

| | | | |
|---|---|---|---|
| AUSA: | Frances Carlson | Telephone: | (313) 226-9100 |
| Special Agent: | Kimberly Dent | Telephone: | (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Jeffrey Mark STAWARZ

Case No. 2:25−mj−30607
Assigned To : Unassigned
Assign. Date : 9/23/2025
Description: CMP USa v. Stawarz (jo)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 23, 2025** in the county of **Wayne** in the **Eastern** District of **Michigan**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in posession of a firearm |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Kimberly Dent, Special Agent (ATF)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: September 23, 2025

*Judge's signature*

City and state: Detroit, Michigan

Hon. Anthony P. Patti, U. S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kimberly Dent, being first duly sworn, hereby depose and state as follows:

## AGENT BACKGROUND

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearm and Explosives (ATF) and have been since March 2015. I have had extensive law enforcement training, including at the Federal Law Enforcement Training Center in the Criminal Investigator Training Program and ATF Special Agent Basic Training. I also have a bachelor's degree in criminal justice.

2. Prior to becoming an ATF Special Agent, I was a police officer with the Wayne State University Police Department for approximately five years. As an ATF Special Agent, I have conducted and participated in numerous federal investigations, including investigations involving firearms crimes, armed drug trafficking violations, and/or offenses committed by criminal street gangs. I have used a variety of investigative techniques and resources as an ATF Special Agent, including physical and electronic surveillance, undercover and various types of informants, and cooperating sources. Through these investigations, my training and experience, and conversations with other experienced agents and other law enforcement personnel, I have become familiar, not only with firearms violations, but also with methods used by criminals, including gang members, to try to thwart any investigation of their criminal activity.

3. This affidavit is comprised of information based on my personal knowledge and information provided by other law enforcement officers. I have not included each and every fact known to me concerning this investigation; rather, I have set forth only the facts necessary to establish probable cause.

4. The information outlined below is for the limited purpose of establishing probable cause that Jeffrey Mark STAWARZ (W/M; DOB: XX/XX/1962), has violated 18 U.S.C. § 922 (g)(1) – possession of a firearm by a convicted felon.

## **PROBABLE CAUSE**

I. <u>FEDERAL SEARCH WARRANT 2X EAST CHARLOTTE, ECORSE, MICHIGAN, 48229</u>

5. On September 10, 2025, Federal Magistrate Judge Honorable Elizabeth Stafford, of the Eastern District of Michigan authorized sealed federal search warrant 25-MC-5XXXX-01 for 2X East Charlotte Avenue, Ecorse, Michigan 48229, ("Target Premises") which authorized the seizure of firearms.

6. On September 23, 2025, at approximately 6:00 am ATF, along with other law enforcement personnel, executed a federal search warrant at the Target Premises. STAWARZ was located within the Target Premises, in front of the bathroom and was subsequently detained outside. Agents then conducted a search of the residence and located and seized the following item:

    a. One (1) Mauser rifle, model Argentino 1891, bearing the serial number H5305; recovered from the north bedroom inside the closet.

    b. Internal Revenue Service (IRS) tax documents for STAWARZ at the Target Premises, recovered in the north bedroom inside of a blue crate on the bed.

    c. DTE utility bill addressed to STAWARZ at the Target Premises due on October 2, 2025.

    d. One (1) medication list with instructions to administer for STAWARZ from Glaucoma Center of Michigan, dated July 22, 2025.

7. During a post-*Miranda* interview, STAWARZ stated he has lived at the Target Premises for two years and his son owns it. STAWARZ stated he lives at the Target Premises alone and has female company on occasions. STAWARZ stated he stores items in the north bedroom, but the south bedroom is where he sleeps. STAWARZ stated he has previously been arrested for manslaughter and felony firearms and spent twelve years in prison. Agents asked STAWARZ about the lock on the north bedroom door and STAWARZ stated there were a lot of keys hanging up in the kitchen and the key to the north bedroom could potentially be located on that keychain. Agents later located the keychain and found the key to the north bedroom. STAWARZ acknowledged he has Glaucoma.

8.   On September 23, 2025, ATF Special Agent and Firearms Interstate Nexus expert Michael Jacobs examined the One (1) Mauser rifle, model Argentino 1891, bearing serial number H5305. Special Agent Michael Jacobs stated the firearm was manufactured outside the State of Michigan and is a firearm as defined in Title 18 U.S.C., Chapter 44, Section 921(a)(3).

9.   On September 22, 2025, I reviewed STAWARZ's computerized criminal history (CCH), which indicated STAWARZ has at least one prior felony conviction. On May 16, 2011, STAWARZ was sentenced to 10 to 20 years in prison for the felony offense of felony Homicide-Murder-Second Degree (CNT-2 MCL 750.317) out of the 3rd Circuit Court in Detroit Michigan.

## **CONCLUSION**

10.   Probable cause exists that Jeffrey Mark STAWARZ, knowing that he had previously been convicted of a crime punishable by more than one year of imprisonment, knowingly possessed One (1) Mauser rifle, model Argentino 1891, bearing the serial number H5305, which travelled in or affected interstate commerce in violation of 18 U.S.C. § 922(g)(1). This violation occurred on or about September 23, 2025, in the Eastern District of Michigan.

Respectfully submitted,

Kimberly Dent
ATF Special Agent

4

Sworn to before me and signed in my presence and/or by reliable electronic means.

_____
HON. ANTHONY P. PATTI
United States Magistrate Judge

Date: September 23, 2025